## **Continuation in Support of Warrant Application**

### Introduction

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since October of 2018, I am currently assigned to the Detroit Field Division, Lansing Satellite Office. Prior to being assigned to the Lansing Office, I was assigned to the ATF Flint Field Office. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for the Michigan State Police, I was a local police officer for the Grand Ledge (MI) Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI's Safe Streets Task Force (Flint, MI). During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, violent crime, criminal street gangs, and other violations of federal law.

2. The facts in this Continuation come from my personal observations, training, experience, and information obtained from other witnesses. This Continuation is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. I submit this continuation in support of an application for a warrant for DJUAN JAMAR ORR in possession of a machinegun, in violation of 18 U.S.C. § 922(o).

## Probable Cause

4. On the morning of Friday January 9, 2026, the Lansing Police Department (LPD) responded to a shots-fired complaint at 1825 Beal Avenue Lansing, MI. This is a residence, which is also the known residence of a local gang member. The LPD Major Crimes Unit (MCU) was working on search warrants as the investigation continued throughout the day.

5. The LPD Violent Crime Initiative (VCI) established surveillance on a rival gang member's residence located at 3823 Starlight Lane Lansing, MI. DJUAN ORR has been linked to the residence on Starlight. Specifically, he has been arrested from that residence on September 8, 2025, during a subsequent search of the residence (on January 9, 2026), his clothing was found in the house, and law enforcement knows him to stay with a resident at Starlight, Cedric Jackson, on occasion.

6. While conducting surveillance, officers observed a white Buick Enclave bearing Michigan registration 3381M8, previously identified to belong to Cedric Jackson depart the residence with Achaius Jackson in the front passenger seat and DJUAN ORR in the backseat. Officers followed the vehicle to Dunham's Sporting Goods, located at 3301 E. Michigan Avenue Lansing, MI. Officers watched as ORR

and Achaius Jackson went into Dunham's for a short period and returned later and reentered the Enclave.

7. When the vehicle was observed departing Dunham's, surveillance officers were advised that a state search warrant had been signed for Cedric Jackson's person, the Buick Enclave, and 3823 Starlight Lane Lansing. As such, Michigan State Police (MSP) troopers initiated a traffic stop and detained the three males. In the backseat, near ORR, officers saw .40 caliber ammunition from Dunham's and 9mm ammunition from Dunham's was located near Achaius Jackson, who was in the front passenger seat. ORR was the only occupant of the backseat.

8. The search warrant for 3823 Starlight Lane Lansing, MI was executed soon after. Five firearms were recovered during the execution of the search warrant. One of the firearms recovered was a Glock Inc., Model 23 .40 caliber pistol with an attached machine gun conversion device (MCD), an extended magazine, and a collapsible foregrip bearing:



9.     SA Hurt test fired the Glock Inc., model 23 .40 caliber pistol with an attached machine gun conversion device (MCD), an extended magazine, and a collapsible foregrip bearing S/N: BCLB824 to obtain test fired cartridges to be entered into the National Integrated Ballistic Information Network (NIBIN). The firearm fired in a fully automatic fashion, that is, more than one round was fired by a single pull of the trigger.

10.    On September 26, 2025, a rapper identified as LilJuanFrmTdg posted a rap song, "Im back" on YouTube. I have identified LilJuanFrmTdg as ORR because in music videos he has produced under the same name, he can be observed as the rapper performing. In the song, "Im Back," ORR refers to a "Glock 23 with a button on it." Button is a slang term for an MCD.

11.    On January 12, 2026, SA Hurt spoke with VCI Officer Bush. Officer Bush advised that their team monitors open-source social media platforms such as Facebook, Instagram, and Snapchat. Officer Bush provided that on December 14, 2025, Keeshon Latham, a known gang member affiliated with ORR, posted to his Instagram profile: "shonnftoo9" the photograph below. In this photograph, DJUAN ORR (far left) can be observed holding a black Glock pistol with a purple removable pistol grip, an extended magazine, and an attached MCD which looks similar to the firearm seized from Starlight Lane.



12. Officer Bush advised SA Hurt that following the arrests of ORR, Cedric Jackson, and Achaius Jackson on January 9, 2026, Keeshon Latham posted the photograph below to his Snapchat Profile; "switchyyshonn89." This photo depicted Keeshon Latham, Achaius Jackson, DJUAN ORR, and two other subjects with a caption saying, "free da 8". One of the other subjects has a facemask but appears to

be Cedric Jackson. This post has a timestamp of 1 week ago, which on Snapchat means the post was new but the photo originated one week prior. This photo is in black and white, but Keeshon Latham (second from left) is holding a handgun with an extended magazine, Achaius Jackson has a rifle (far left), Cedric Jackson (third from left standing) has a Draco, and DJUAN ORR is holding a Glock handgun with a thick extended magazine, a mounted light and an attached MCD ("Glock Switch"). From SA Hurt's training and experience, the Glock pistol with the MCD attached has similarities to the firearm recovered from Starlight Lane.



13. On January 12, 2026, ATF Task Force Officer (TFO) Arnold went to Dunham's to see if they had any surveillance footage of ORR and Achaius Jackson

inside the store on January 9, 2026. TFO Arnold was able to obtain surveillance video of ORR stealing .40 caliber ammunition by placing it in his pocket and also stole Magpul foregrip from inside of Dunham's.

14. The only firearm seized from 3823 Starlight Lane that was a .40 caliber pistol was the Glock Inc., Model 23 .40 caliber pistol with an attached machine gun conversion device (MCD). All the other firearms were chambered for 9mm ammunition. Also seized from the residence was clothing belonging to ORR.

15. An MCD often referred to as a "Glock switch," "switch," "button," or auto sear, is a mechanism that can be attached to the backplate of the slide of a Glock pistol. Glock pistols are designed to fire semi-automatic, which is defined as one projectile being fired from a firearm with each single pull of the trigger. Inside a Glock pistol is a mechanical part identified as a sear which stops the pistol from firing more than one round with each trigger pull. When the MCD is inserted into the backplate of the Glock pistol it allows for the mechanical sear inside the firearm to not engage, thus making the pistol fire fully automatic or as a machine gun as defined by Title 26 U.S.C. § 5845(b). I have spoken with Glock Inc., and have been advised they do not, and have never manufactured, these devices.

16. On January 12, 2026, I spoke with an investigator and requested that ORR be queried in the National Firearms Registration and Transfer Record (NFRTR). The investigator advised that ORR yielded nothing registered to him in the NFRTR.

## Conclusion

17.    I respectfully submit that there is probable cause that, on January 9, 2026, describe above, ORR was in possession of a machinegun, in violation of 18 U.S.C. § 922(o).