UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DJUAN JAMAR ORR,

                                             **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

**(Possession of a Machinegun)**

From on or about January 4, 2026 through on or about January 9, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

DJUAN JAMAR ORR

knowingly possessed a Glock Model 23 .40 caliber pistol with a machinegun conversion device installed, knowing that it shot, and was designed and intended solely and exclusively for use in converting a weapon to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)(24)
26 U.S.C. § 5845(b)

## **FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(o), set forth in this Indictment,

DJUAN JAMAR ORR

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Glock Model 23 .40 caliber pistol with a machinegun conversion device installed.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(o)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
ALEXIS M. SANFORD
Assistant United States Attorney